FELICE JOHN VITI, Acting United States Attorney (#7007)
BRIAN WILLIAMS, Assistant United States Attorney (#10779)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT  84111-2176
Telephone:  (801) 325-3258  •  Facsimile:  (801) 524-3399

FILED
2025 APR 24
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | |
| vs. | : | VIO. 8 U.S.C. § 1326 |
| DEYBI EXSAU ZUNIGA-CRUZ, | : | (REENTRY OF A PREVIOUSLY REMOVED ALIEN) |
| Defendant. | : | Case: 2:25−cr−00175<br>Assigned To : Barlow, David<br>Assign. Date : 4/24/2025<br>Description: USA v Zuniga−Cruz |

The United States Attorney charges:

COUNT I

On or about November 21, 2024, in the District of Utah,

DEYBI EXSAU ZUNIGA-CRUZ,

the defendant herein, an alien who on or about October 22, 2013, May 25, 2016, and December 21, 2016, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland

Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 24th day of April, 2025.

FELICE JOHN VITI
Acting United States Attorney

For: _____
BRIAN WILLIAMS
Assistant United States Attorney